UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTEX HOMES,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-364-T-23MAP

TURLINGTON CUSTOM STUCCO
PLASTERING, WINK STUCCO, INC.,
and UNIVERSAL LUMBER SPECIALTIES, INC.

    Defendants.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's June 8, 2006, report and recommendation (Doc. 30), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 30) is **ADOPTED**.

ORDERED in Tampa, Florida, on July 6, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Courtroom Deputy